Kenneth L. Neeley, 025899
Christopher J. Dutkiewicz, 024962
**NEELEY LAW FIRM, PLC**
2250 E. Germann Rd., Ste. 11
Chandler, Arizona 85286
Tel: 480.802.4647 | Fax: 480.907.1648
ECF@neeleylaw.com
*Attorneys for Debtors*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br>Timoteo Diaz Hernandez and Regina Dolores Diaz,<br><br>Debtors. | Chapter 13<br><br>Case No.:2:16-bk-13677-DPC<br><br>**MOTION TO STRIKE MOTION FOR RELIEF FROM THE AUTOMATIC STAY & DEMAND FOR ADEQUATE PROTECTION** |
| Jack W. Cone II and Kellie A. Cone, husband and wife,<br><br>Secured Creditors/Movants,<br>vs.<br>Timoteo Diaz Hernandez and Regina Dolores Diaz, and Russell Brown, Chapter 13 Trustee,<br><br>Respondents. | |

Timoteo Diaz Hernandez and Regina Dolores Diaz ("Debtors"), by and through counsel, move to strike the *Motion for Relief from the Automatic Stay and Demand for Adequate Protection* filed by Jack W. Cone II and Kellie A. Cone ("Movants") on December 22, 2016 at DE 18, due to non-compliance with Local Rule 4001-1(b), and hereby state:

1. Pursuant to Local Rule 4001-1(b): "Unless the movant is seeking emergency relief under Bankruptcy Code § 362(f), a motion seeking relief as to the debtor's residence must be accompanied by a certification that: (i) movant's counsel sent a letter seeking to resolve the issues necessitating the motion to debtor's counsel or the debtor, if the debtor is without counsel, and that after sincere effort the parties have been unable to resolve the matter, and (ii) the letter was sent at least seven days prior to the filing of

the motion. In the absence of such certification the court may deny the inclusion of attorney's fees as part of the secured debt or as part of the allowed claim."

2. Debtors did not receive a letter from the Movants, as required by Local Rule 4001-1(b).
3. Debtors intend to maintain their primary residence and treat claims in the Chapter 13 Plan.
4. Debtors have every intention to work with the Movants to resolve any issues that may arise from filing this case, but need proper notice and collaboration as required by the LRs.

**WHEREFORE**, Debtors respectfully request that the Court strike the Motion for Relief from the Automatic Stay and Demand for Adequate Protection.

DATED: December 23, 2016          **NEELEY LAW FIRM, PLC**

/s/ Kenneth L. Neeley
Kenneth L. Neeley
Chris J. Dutkiewicz
*Attorneys for Debtors*

COPY of the foregoing was filed
with the Court and a copy was transmitted
via electronic or first class mail on this
23rd day of December, 2016 upon:

Russell Brown, Trustee
3838 N. Central Avenue
Phoenix, AZ 85012
ecfmailclient@ch13bk.com

U.S. Trustee
Office of the U.S. Trustee
230 N. First Avenue
Phoenix, AZ 85003
USTPRegion.14.PHX.ECF@USDOJ.GOV

| | |
|---|---|
| 1 | Heartland Homeowners' Association, Inc.<br>c/o John Kemper, Its Statutory Agent |
| 2 | FirstService Residential AZ<br>9000 E. Pima Center Pkwy #300 |
| 3 | Scottsdale, AZ 85258 |
| 4 | |
| 5 | Chandler Heights Estates III Homeowners Association, Inc.<br>c/o Mark A. Vander Stoep, Its Statutory Agent<br>63030 S. Rural Rd., Ste. 3 |
| 6 | Tempe, AZ 85283 |
| 7 | |
| 8 | Internal Revenue Service<br>Centralized Insolvency Operations |
| 9 | P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| 10 | |
| 11 | Chandler Heights Estates III<br>c/o Kinney Management Services |
| 12 | P.O. Box 61654<br>Phoenix, AZ 85082-1654 |
| 13 | |
| 14 | Tim Diaz Hernandez<br>Regina Dolores Diaz |
| 15 | 4831 S. Hudson Pl.<br>Chandler, AZ 85249 |
| 16 | |
| 17 | David L. Knapper<br>Law Offices of David L. Knapper |
| 18 | 1599 E Orangewood, Ste.125<br>Phoenix, AZ 85020 |
| 19 | dlk@knapperlaw.com |
| 20 | Weststar Pacific Mortgage |
| 21 | P.O. Box 500<br>Phoenix, AZ 85001 |
| 22 | |
| 23 | Jack and Kellie Cone<br>7627 S. Debra Dr. |
| 24 | Gilbert, AZ 85298 |
| 25 | |
| 26 | /s/Jody Wilkens |