SO ORDERED.

Dated: January 3, 2017

Daniel P. Collins, Chief Bankruptcy Judge

David L. Knapper
State Bar No. 010328
**LAW OFFICES OF DAVID L. KNAPPER**
1599 East Orangewood Avenue, Suite 125
Phoenix, Arizona 85020
Telephone:  (602) 252-0809
Facsimile:  (602) 256-0432
E-Mail:  dlk@knapperlaw.com

IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF ARIZONA, PHOENIX DIVISION

In re

TIMOTEO DIAZ HERNANDEZ and REGINA DOLORES DIAZ,

Debtors.

CHAPTER 13

CASE NO. 2:16-bk-13677-DPC

ORDER SCHEDULING OBJECTIONS TO PLAN HEARING

(Assigned to the Honorable Chief Judge Daniel P. Collins)

(Re:  Chapter 13 Plan filed at Case Docket #10)

For good cause shown, **IT IS HEREBY**:

**ORDERED** that a Hearing on the Objections to Debtors' Plan of Reorganization filed by Secured Creditors JACK W. CONE II and KELLIE A. CONE, husband and wife (collectively "CONE") will be held on FEBRUARY 13, 2017 at 1:30 P.M. o'clock, in U.S. Bankruptcy Court, District of Arizona, Phoenix Division, specifically, by the Honorable Chief Judge Daniel P. Collins in Courtroom No. 603, 6th Floor, 230 North First Avenue, Phoenix, Arizona 85003.  It is further

**ORDERED** that CONE's attorney of record shall promptly serve conformed copies of this Order, together with true and correct copies of that certain pleading dated August 18, 2015 and filed by CONE captioned:  "Secured Creditors Jack W. Cone II's and Kellie A. Cone's Consolidated: (1) Objections To Debtors' Plan Of Reorganization; (2) Request For An Objections to Plan Hearing Not Later Than February 24, 2017 (Within 45 Days Following

Debtors' Scheduled January 11, 2017 11 U.S.C. § 341 First Meeting Of Creditors) & (3) Notice Of Lodging Proposed Form Of Order Scheduling Hearing," upon all necessary parties, including at a minimum, the above-named Debtors, their attorney of record, and also, the assigned Chapter 13 Trustee, and thereafter, CONE's attorney of record shall file a Certificate of Service evidencing his compliance with this Order.

DATED this _____ day of _____ 201_, by:

_____
CHIEF JUDGE DANIEL P. COLLINS

LODGED this 22nd day of December 2016, with:

The Honorable Chief Judge Daniel P. Collins
United States Bankruptcy Court
230 North First Avenue
Phoenix, Arizona 85003

COPIES of the foregoing e-mailed where noted in the pleading mentioned below and mailed this 22nd day of December 2016, to:

All necessary parties as evidenced by that certain pleading captioned: "Certificate of Service," which is being filed this 22nd day of December 2016 in connection with the above-captioned Chapter 13

/s/ David L. Knapper